| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 28 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| NATIONAL CENTER FOR PUBLIC POLICY RESEARCH,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California,<br><br>Defendant-Appellee. | No. 22-15822<br><br>D.C. No. 2:21-cv-02168-JAM-AC<br>Eastern District of California, Sacramento<br><br>ORDER |

Proceedings in this case will be held in abeyance until any appeal of the decision in *Crest et al. v. Padilla*, Case No. 19STCV27651 (Los Angeles Sup. Ct.) becomes final. *Cf. Growe v. Emison*, 507 U.S. 25, 32 (1993). If no petition for review is filed with the California Supreme Court, the parties shall notify this Court within 30 days after the deadline for filing a petition. The argument scheduled for August 25, 2023, is vacated. The docket is administratively closed pending further order of the Court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT